SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
     Federal Building, Suite 7211
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-6551
     Facsimile: (213) 894-0115
     E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SAM OSTAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA FRANCHISE TAX BOARD; THE UNITED STATES OF AMERICA. DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; ANY AND ALL PERSONS CLAIMING ANY RIGHT, TITLE OR INTEREST IN OR TO THE PROPERTY COMMONLY KNOWN AS 22612 INSPIRATION POINT, CANYON LAKE, CALIFORNIA; AND DOES 1 THROUGH 50, INCLUSIVE<br><br>    Defendants | Case No.: 5:16-cv-2657 JVS(KKx)<br><br>Order remanding the case the Superior Court of the State of California for Riverside County |

1 | Based on the stipulation of Sam Ostayan, Plaintiff, and the United States of America, Defendant, it is ordered that:

2 | 1. The case is remanded to the Superior Court of the State of California for the County of Riverside. The case number of the proceeding in state court is RIC1612788.

3 | 2. The scheduling conference scheduled for April 3, 2017, at 11:30 a.m. is taken off calendar.

IT IS SO ORDERED.

Dated: March 28, 2017

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1